# United States District Court
# Middle District of Pennsylvania (Harrisburg)
# CIVIL DOCKET FOR CASE #: 1:21−cv−00710−CCC

| | |
|---|---|
| Suarez et al v. Evanchick | Date Filed: 04/16/2021 |
| Assigned to: Honorable Christopher C. Conner | Date Terminated: 08/08/2024 |
| Case in other court:  Third Circuit, 24−02395 | Jury Demand: None |
| Third Circuit, 24−02436 | Nature of Suit: 440 Civil Rights: Other |
| Cause: 42:1983 Civil Rights Act | Jurisdiction: Federal Question |

**Plaintiff**

**Julio Suarez**     represented by     **Adam J Kraut**
Civil Rights Defense Firm, P.C.
646 Lenape Road
Bechtelsville, PA 19505
610−845−3803
Email: akraut@saf.org
*TERMINATED: 08/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua G. Prince**
Prince Law Offices PC
646 Lenape Road
Bectelsville, PA 19505
610−845−3803
Email: joshua@princelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Binderup**     represented by     **Adam J Kraut**
(See above for address)
*TERMINATED: 08/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua G. Prince**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Miller**     represented by     **Adam J Kraut**
(See above for address)
*TERMINATED: 08/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua G. Prince**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Firearms Policy Coalition, Inc.**         represented by   **Adam J Kraut**
(See above for address)
*TERMINATED: 08/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua G. Prince**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Second Amendment Foundation**         represented by   **Adam J Kraut**
(See above for address)
*TERMINATED: 08/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua G. Prince**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Robert Evanchick**         represented by   **Anthony R. Bowers**
*Commissioner of Pennsylvania State Police*              PA Office of Attorney General
Strawberry Square, 15th Floor
Harrisburg, Pa 17120
717−787−2038
Email: abowers@attorneygeneral.gov
*TERMINATED: 09/13/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Mascio Romano**
Pennsylvania's State System of Higher Education
2300 Vartan Way, Suite 207
Harrisburg, PA 17110
717−720−4035
Email: kromano@passhe.edu
*TERMINATED: 03/25/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicole R DiTomo**

PA Office of Attorney General  
Civil Litigation  
15th Floor, Strawberry Square  
Harrisburg, PA 17120  
717−787−2717  
Email: nditomo@attorneygeneral.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Alexander Thomas Korn**  
PA Department of Banking and Securities  
17 N. Second Street  
Suite 1300  
Harrisburg, PA 17101  
717−783−4185  
Email: alekorn@pa.gov  
*TERMINATED: 03/06/2023*  
*ATTORNEY TO BE NOTICED*

**Erich Thomas Greiner**  
PA Office of Attorney General  
Strawberry Square  
15th Floor  
Harrisburg, PA 17102  
717−783−6301  
Email: egreiner@attorneygeneral.gov  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/16/2021 | Ï 1 | COMPLAINT against Robert Evanchick ( Filing fee $402, Receipt Number APAMDC−5548780), filed by Julio Suarez, Daniel Binderup, Daniel Miller, Second Amendment Foundation, Firearms Policy Coalition, Inc.. (Attachments: # 1 Civil Cover Sheet; # 2 Exhibit(s) A−H; # 3 Firearm Policy) (rw). (Entered: 04/16/2021) |
| 04/16/2021 | Ï 2 | Summons Issued as to Robert Evanchick and provided TO ATTORNEY ELECTRONICALLY VIA ECF for service on Defendant(s)in the manner prescribed by Rule 4 of the Federal Rules of Civil Procedure. (NOTICE TO ATTORNEYS RECEIVING THE SUMMONS ELECTRONICALLY: You must print the summons and the attachment when you receive it in your e−mail and serve the complaint on all defendants in the manner prescribed by Rule 4 of the Federal Rules of Civil Procedure). (Attachments: # 1 Summons Packet) (rw) (Entered: 04/16/2021) |
| 04/16/2021 | Ï 3 | DECLARATION by Julio Suarez. (rw) (Entered: 04/16/2021) |
| 04/16/2021 | Ï 4 | DECLARATION by Daniel Binderup. (rw) (Entered: 04/16/2021) |
| 04/16/2021 | Ï 5 | NOTICE of Appearance by Adam J Kraut on behalf of Daniel Binderup, Firearms Policy Coalition, Inc., Daniel Miller, Second Amendment Foundation, Julio Suarez (Kraut, Adam) (Entered: 04/16/2021) |
| 04/16/2021 | Ï 6 | DECLARATION by Daniel Miller. (rw) (Entered: 04/16/2021) |
| 04/16/2021 | Ï 7 | DECLARATION of Alan Gottlieb. (rw) (Entered: 04/16/2021) |
| 04/16/2021 | Ï 8 | MOTION for Summary Judgment by Daniel Binderup, Firearms Policy Coalition, Inc., Daniel |

| | | |
|---|---|---|
| | | Miller, Second Amendment Foundation, Julio Suarez. (Attachments: # 1 Concise Statement of Material Facts, # 2 Brief in Support of Summary Judgment, # 3 Proposed Order, # 4 Declaration of Firearms Policy Coalition, # 5 Declaration of Second Amendment Foundation, # 6 Declaration of Suarez, # 7 Declaration of Binderup, # 8 Declaration of Miller)(Prince, Joshua) (Entered: 04/16/2021) |
| 04/22/2021 | 9 | ORDER re Case Assignment and Procedures. Signed by Honorable Christopher C. Conner on 4/22/2021. (mw) (Entered: 04/22/2021) |
| 04/22/2021 | 10 | ORDER – it is hereby ORDERED that plaintiffs motion (Doc. 8 ) for summary judgment is DENIED as premature and without prejudice to the refiling thereof after service and a period of discovery. Signed by Honorable Christopher C. Conner on 4/22/2021 (mw) (Entered: 04/22/2021) |
| 05/25/2021 | 11 | NOTICE of Appearance by Alexander Thomas Korn on behalf of Robert Evanchick (Korn, Alexander) (Entered: 05/25/2021) |
| 06/01/2021 | 12 | SCHEDULING ORDER: IT IS ORDERED that the Case Management Conference is set for 7/15/2021 at 10:30 AM before Honorable Christopher C. Conner. Signed by Honorable Christopher C. Conner on 6/1/2021. SEE ORDER FOR DETAILS.(sc) (Additional attachment(s) added on 6/29/2021: # 1 Calendar) (dmn). (Entered: 06/01/2021) |
| 06/17/2021 | 13 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Robert Evanchick. (Attachments: # 1 Proposed Order)(Korn, Alexander) (Entered: 06/17/2021) |
| 06/21/2021 | 14 | Unopposed MOTION for Extension of Time to File Brief to 13 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Robert Evanchick. (Attachments: # 1 Proposed Order)(Korn, Alexander) (Entered: 06/21/2021) |
| 06/21/2021 | 15 | VERBAL ORDER – It is ORDERED that defendant's motion 14 for extension of time is GRANTED. Defendant shall file a brief in support of his motion to dismiss the complaint on or before July 15, 2021. Signed by Honorable Christopher C. Conner on 6/21/21. **(Text−only entry; no PDF document will issue. This text−only entry constitutes the order of the court or notice on the matter.)** (spm) (Entered: 06/21/2021) |
| 06/30/2021 | 16 | CASE MANAGEMENT PLAN by Daniel Binderup, Firearms Policy Coalition, Inc., Daniel Miller, Second Amendment Foundation, Julio Suarez. (Prince, Joshua) (Entered: 06/30/2021) |
| 07/13/2021 | 17 | Unopposed MOTION to Exceed Page Limitation by Robert Evanchick. (Attachments: # 1 Proposed Order)(Korn, Alexander) (Entered: 07/13/2021) |
| 07/14/2021 | 18 | Unopposed MOTION for Extension of Time to to file response to Defendant's Motion to Dismiss and to enlarge word count by Daniel Binderup, Firearms Policy Coalition, Inc., Daniel Miller, Second Amendment Foundation, Julio Suarez. (Attachments: # 1 Proposed Order)(Prince, Joshua) (Entered: 07/14/2021) |
| 07/14/2021 | 19 | VERBAL ORDER – It is ORDERED that defendant's motion 17 for leave to file excess pages is GRANTED. Defendant may file a brief of up to 8,000 words in support of his motion to dismiss. Signed by Honorable Christopher C. Conner on 7/14/21. **(Text−only entry; no PDF document will issue. This text−only entry constitutes the order of the court or notice on the matter.)** (spm) (Entered: 07/14/2021) |
| 07/14/2021 | 20 | VERBAL ORDER – It is ORDERED that plaintiffs' motion 18 to extend time and exceed page limits is GRANTED. Plaintiffs shall file their response to defendant's motion to dismiss on or before August 16, 2021, and the plaintiffs' brief shall not exceed 8,000 words. Signed by Honorable Christopher C. Conner on 7/14/21. **(Text−only entry; no PDF document will issue. This text−only entry constitutes the order of the court or notice on the matter.)** (spm) (Entered: 07/14/2021) |

| | | |
|---|---|---|
| 07/15/2021 | 22 | CASE MANAGEMENT ORDER – The following dates and ddls shall govern the discovery and dispositive mtns phase of the above−captioned civil action:Fact Discovery: 12/31/21; Dispositive Mtns and BrSupps: 1/31/22. See order for specifics and requirements. Signed by Honorable Christopher C. Conner on 7/15/21. (ma) (Entered: 07/15/2021) |
| 07/15/2021 | 23 | CIVIL PRACTICE ORDER Signed by Honorable Christopher C. Conner on 7/15/21. (ma) (Entered: 07/15/2021) |
| 07/15/2021 | 24 | BRIEF IN SUPPORT re 13 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Robert Evanchick. (Attachments: # 1 Unpublished Opinion(s))(Korn, Alexander) (Entered: 07/15/2021) |
| 08/13/2021 | 25 | BRIEF IN OPPOSITION re 13 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Daniel Binderup, Firearms Policy Coalition, Inc., Daniel Miller, Second Amendment Foundation, Julio Suarez. (Attachments: # 1 Proposed Order)(Prince, Joshua) (Entered: 08/13/2021) |
| 08/17/2021 | 26 | NOTICE by Daniel Binderup, Firearms Policy Coalition, Inc., Daniel Miller, Second Amendment Foundation, Julio Suarez re 13 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 25 Brief in Opposition, *of Supplemental Authority by the Third Circuit* (Prince, Joshua) (Entered: 08/17/2021) |
| 08/19/2021 | 27 | MOTION for Extension of Time to File Brief to 13 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Robert Evanchick. (Attachments: # 1 Proposed Order)(Korn, Alexander) (Entered: 08/19/2021) |
| 08/19/2021 | 28 | VERBAL ORDER It is ORDERED that the motion 27 is GRANTED and defendant shall have until September 13, 2021, to file a reply brief in support of the motion 13 to dismiss. Signed by Honorable Christopher C. Conner on 8/19/2021. **(Text−only entry; no PDF document will issue. This text−only entry constitutes the order of the court or notice on the matter.)** (mw) (Entered: 08/19/2021) |
| 09/02/2021 | 29 | REPLY BRIEF re 13 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Robert Evanchick.(Korn, Alexander) (Entered: 09/02/2021) |
| 01/25/2022 | 30 | Joint MOTION to Stay re 22 Case Management Order – Standard Track, 13 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Daniel Binderup, Firearms Policy Coalition, Inc., Daniel Miller, Second Amendment Foundation, Julio Suarez. (Attachments: # 1 Proposed Order)(Prince, Joshua) (Entered: 01/25/2022) |
| 01/26/2022 | 31 | ORDER denying 13 Motion to Dismiss for Failure to State a Claim; granting 30 Motion to Stay. SEE ORDER FOR COMPLETE DETAILS. Signed by Honorable Christopher C. Conner on 1/26/2022 (mw) (Entered: 01/26/2022) |
| 06/23/2022 | 32 | NOTICE by Daniel Binderup, Firearms Policy Coalition, Inc., Daniel Miller, Second Amendment Foundation, Julio Suarez re 31 Order on Motion to Dismiss for Failure to State a Claim, Order on Motion to Stay *Notice of Supplemental Authority – SCOTUS Decision in NYSRPA v. Bruen* (Prince, Joshua) (Entered: 06/23/2022) |
| 06/24/2022 | 33 | ORDER – it is hereby ORDERED that the stay in the above−captioned action is LIFTED. The parties are DIRECTED to meet and confer and, no later than Friday, July 8, 2022, jointly submit a proposed pretrial schedule in light of the Bruen decision. Signed by Honorable Christopher C. Conner on 6/24/2022. (mw) (Entered: 06/24/2022) |
| 07/01/2022 | 34 | STIPULATION re 33 Order Lifting Stay, *Joint Proposed Pre−Trial Schedule* by Julio Suarez, Daniel Binderup, Daniel Miller, Second Amendment Foundation, Firearms Policy Coalition, Inc., filed by Julio Suarez, Daniel Binderup, Daniel Miller, Second Amendment Foundation, Firearms |

| | | |
|---|---|---|
| | | Policy Coalition, Inc.. Related document: 33 Order Lifting Stay,. (Attachments: # 1 Proposed Order)(Prince, Joshua) (Entered: 07/01/2022) |
| 07/06/2022 | 35 | ORDER granting 34 Stipulation, filed by Daniel Binderup, Julio Suarez, Daniel Miller, Second Amendment Foundation, Firearms Policy Coalition, Inc. Signed by Honorable Christopher C. Conner on 7/6/2022. (mw) (Entered: 07/06/2022) |
| 08/16/2022 | 36 | MOTION to Withdraw as Attorney by Daniel Binderup, Firearms Policy Coalition, Inc., Daniel Miller, Second Amendment Foundation, Julio Suarez.(Kraut, Adam) (Entered: 08/16/2022) |
| 08/16/2022 | | DOCKET ANNOTATION: Counsel is advised to file a proposed order for document 36. (mw) (Entered: 08/16/2022) |
| 08/16/2022 | 37 | PROPOSED ORDER by Daniel Binderup, Firearms Policy Coalition, Inc., Daniel Miller, Second Amendment Foundation, Julio Suarez. 36 MOTION to Withdraw as Attorney . (Kraut, Adam) (Entered: 08/16/2022) |
| 08/16/2022 | 38 | ORDER granting 36 Motion to Withdraw as Attorney. Attorney Adam J Kraut terminated. Signed by Honorable Christopher C. Conner on 8/16/2022 (mw) (Entered: 08/16/2022) |
| 09/13/2022 | 39 | Second MOTION for Summary Judgment by Daniel Binderup, Firearms Policy Coalition, Inc., Daniel Miller, Second Amendment Foundation, Julio Suarez. (Attachments: # 1 Declaration of Plaintiff Suarez, # 2 Declaration of Plaintiff Miller, # 3 Declaration of Plaintiff Binderup, # 4 Declaration of Plaintiff Firearm Policy Coalition, # 5 Declaration of Plaintiff Second Amendment Foundation, # 6 Statement of Material Facts, # 7 Proposed Order)(Prince, Joshua) (Entered: 09/13/2022) |
| 09/13/2022 | 40 | BRIEF IN SUPPORT re 39 Second MOTION for Summary Judgment filed by Daniel Binderup, Firearms Policy Coalition, Inc., Daniel Miller, Second Amendment Foundation, Julio Suarez.(Prince, Joshua) (Entered: 09/13/2022) |
| 09/13/2022 | 41 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *AND FOR LACK OF JURISDICTION OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT* by Robert Evanchick. (Attachments: # 1 Proposed Order)(Korn, Alexander) (Entered: 09/13/2022) |
| 09/13/2022 | 42 | STATEMENT OF FACTS re 41 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *AND FOR LACK OF JURISDICTION OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT* filed by Robert Evanchick.(Korn, Alexander) (Entered: 09/13/2022) |
| 09/13/2022 | 43 | BRIEF IN SUPPORT re 41 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *AND FOR LACK OF JURISDICTION OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT* filed by Robert Evanchick.(Korn, Alexander) (Entered: 09/13/2022) |
| 10/13/2022 | 44 | BRIEF IN OPPOSITION re 39 Second MOTION for Summary Judgment filed by Robert Evanchick.(Korn, Alexander) (Entered: 10/13/2022) |
| 10/13/2022 | 45 | ANSWER TO STATEMENT OF FACTS re 39 Second MOTION for Summary Judgment filed by Robert Evanchick. (Attachments: # 1 Exhibit(s) A – 1.28.22 Proclamation of Disaster Emergency)(Korn, Alexander) (Entered: 10/13/2022) |
| 10/13/2022 | 46 | BRIEF IN OPPOSITION re 41 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *AND FOR LACK OF JURISDICTION OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT* filed by Daniel Binderup, Firearms Policy Coalition, Inc., Daniel Miller, Second Amendment Foundation, Julio Suarez.(Prince, Joshua) (Entered: 10/13/2022) |
| 10/13/2022 | 47 | ANSWER TO STATEMENT OF FACTS re 42 Statement of Facts filed by Daniel Binderup, Firearms Policy Coalition, Inc., Daniel Miller, Second Amendment Foundation, Julio Suarez.(Prince, Joshua) (Entered: 10/13/2022) |

| | | |
|---|---|---|
| 10/28/2022 | 48 | REPLY BRIEF re 41 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *AND FOR LACK OF JURISDICTION OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT* filed by Robert Evanchick.(Korn, Alexander) (Entered: 10/28/2022) |
| 10/28/2022 | 49 | REPLY BRIEF re 39 Second MOTION for Summary Judgment filed by Daniel Binderup, Firearms Policy Coalition, Inc., Daniel Miller, Second Amendment Foundation, Julio Suarez.(Prince, Joshua) (Entered: 10/28/2022) |
| 12/05/2022 | 50 | NOTICE by Robert Evanchick *of Supplemental Precedential Authority* (Attachments: # 1 Exhibit(s) A)(Korn, Alexander) (Entered: 12/05/2022) |
| 03/06/2023 | 51 | ATTORNEY SUBSTITUTION – Withdrawal and Entry of Attorney Appearance. Attorney Alexander Thomas Korn terminated. Attorney Anthony R. Bowers for Robert Evanchick added. (Bowers, Anthony) (Entered: 03/06/2023) |
| 06/06/2023 | 52 | NOTICE of Supplemental Authority – Third Circuit En Banc Decision in Range , filed by Daniel Binderup, Firearms Policy Coalition, Inc., Daniel Miller, Second Amendment Foundation, Julio Suarez.(Prince, Joshua) (Entered: 06/06/2023) |
| 06/14/2023 | 53 | NOTICE by Daniel Binderup, Firearms Policy Coalition, Inc., Daniel Miller, Second Amendment Foundation, Julio Suarez *Second Notice of Supplemental Authority – Emergency Declaration of 6/12/23* (Prince, Joshua) (Entered: 06/14/2023) |
| 09/13/2023 | 54 | ATTORNEY SUBSTITUTION – Withdrawal and Entry of Attorney Appearance. Attorney Anthony R. Bowers terminated. Attorney Karen Mascio Romano for Robert Evanchick added. (Romano, Karen) (Entered: 09/13/2023) |
| 01/18/2024 | 55 | NOTICE by Daniel Binderup, Firearms Policy Coalition, Inc., Daniel Miller, Second Amendment Foundation, Julio Suarez *of Supplemental Authority – Third Circuit Decision in Lara* (Prince, Joshua) (Entered: 01/18/2024) |
| 03/25/2024 | 56 | ATTORNEY SUBSTITUTION – Withdrawal and Entry of Attorney Appearance. Attorney Karen Mascio Romano terminated. Attorney Nicole R DiTomo for Robert Evanchick added. (DiTomo, Nicole) (Entered: 03/25/2024) |
| 04/24/2024 | 57 | NOTICE by Daniel Binderup, Firearms Policy Coalition, Inc., Daniel Miller, Second Amendment Foundation, Julio Suarez *of Supplemental Authority – Pemranent Injunction Issued Against PSP* (Prince, Joshua) (Entered: 04/24/2024) |
| 04/29/2024 | 58 | NOTICE by Daniel Binderup, Firearms Policy Coalition, Inc., Daniel Miller, Second Amendment Foundation, Julio Suarez re 57 Notice *of Revised Supplemental Authority – Pemranent Injunction Issued Against PSP* (Prince, Joshua) (Entered: 04/29/2024) |
| 05/16/2024 | 59 | ORDER – it is hereby ORDERED that the above−captioned matter is STAYED pending the United States Supreme Court's disposition of United States v. Rahimi, No. 22−915, 143 S. Ct. 2688 (2023). Signed by Honorable Christopher C. Conner on 5/16/2024. (mw) (Entered: 05/16/2024) |
| 06/21/2024 | 60 | NOTICE by Daniel Binderup, Firearms Policy Coalition, Inc., Daniel Miller, Second Amendment Foundation, Julio Suarez re 59 Order Staying Case, *of U.S. Supreme Court's decision in Rahimi v. US* (Prince, Joshua) (Entered: 06/21/2024) |
| 07/24/2024 | 61 | MEMORANDUM re Second MOTION for Summary Judgment 39 filed by Daniel Binderup, Julio Suarez, Daniel Miller, Second Amendment Foundation, Firearms Policy Coalition, Inc. and MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND FOR LACK OF JURISDICTION OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT 41 filed by Robert Evanchick, (Order to follow as separate docket entry) Signed by Honorable Christopher C. Conner on 7/24/24. (ma) (Entered: 07/24/2024) |

| | | |
|---|---|---|
| 07/24/2024 | 62 | ORDER – In accord with the accompanying Memorandum 61 : 1. Commissioner Pariss motion 41 to dismiss and, in the alternative, for summary judgment is GRANTED in part and DENIED in part as follows: a. Pltfs challenge to Section 6108 of Pennsylvanias Uniform Firearms Act of 1995 (UFA) is dismissed for lack of standing, without prejudice to pltfs right to file an amended complaint curing that deficiency thereafter.b. The Clerk of Court is directed to enter judgment in favor of Commissioner Paris and against pltfs with respect to pltfs challenges to the concealed carry provision of Section 6106 and the disqualification provision of Section 6109 of the UFA. The court declares the continued enforcement of those provisions to be facially constitutional.c. Commissioner Pariss mtn is DENIED in all other respects.2. Consistent with the courts memorandum, pltfs are granted leave to file an amended complaint challenging Section 6108 within (20) days. Upon receipt of an amended complaint, pltfs claims shall be immediately severed and transferred to the USDC for the ED of PA, and the Clerk of Court shall thereafter CLOSE this case. Should pltfs fail to file an amended complaint within 20 days, the Clerk of Court is directed to CLOSE this case.3. Pltfs mtn 39 for summary judgment is GRANTED in part. The Clerk of Court is directed to enter judgment in favor of pltfs and against Commissioner Paris with respect to pltfs challenge to Section 6107 and the vehicle provision of Section 6106 of the UFA. The court finds those provisions to be facially unconstitutional and Commissioner Paris is enjoined from enforcing them. Pltfs mtn is DENIED in all other respects. Signed by Honorable Christopher C. Conner on 7/24/24 (ma) (Entered: 07/24/2024) |
| 07/25/2024 | 63 | JUDGMENT in favor of Robert Evanchick against Firearms Policy Coalition, Inc., Second Amendment Foundation, Daniel Binderup, Daniel Miller, Julio Suarez Signed by Honorable Christopher C. Conner on 7/25/24. (ma) (Entered: 07/25/2024) |
| 07/25/2024 | 64 | JUDGMENT in favor of Firearms Policy Coalition, Inc., Second Amendment Foundation, Daniel Binderup, Daniel Miller, Julio Suarez against Robert Evanchick Signed by Honorable Christopher C. Conner on 7/25/24. (ma) (Entered: 07/25/2024) |
| 07/26/2024 | 65 | NOTICE of Appearance by Erich Thomas Greiner on behalf of Robert Evanchick (Greiner, Erich) (Entered: 07/26/2024) |
| 07/26/2024 | 66 | NOTICE OF APPEAL in Non−Prisoner Case as to 64 Judgment, 61 Memorandum (Order to follow as separate docket entry), 62 Order on Motion for Summary Judgment,,,,,,, Order on Motion to Dismiss for Failure to State a Claim,,,,,, 63 Judgment by Robert Evanchick. Filing Fee and Docket Fee Paid. Filing fee $ 605, receipt number APAMDC−6709554. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (DiTomo, Nicole) (Entered: 07/26/2024) |
| 08/02/2024 | 68 | NOTICE OF CROSS APPEAL in NON−PRISONER Case as to 61 Memorandum (Order to follow as separate docket entry), 62 Order on Motion for Summary Judgment,,,,,,, Order on Motion to Dismiss for Failure to State a Claim,,,,,, 63 Judgment by Daniel Binderup, Firearms Policy Coalition, Inc., Daniel Miller, Second Amendment Foundation, Julio Suarez. Filing Fee and Docket Fee PAID. Filing fee $ 605, receipt number APAMDC−6716275. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (Prince, Joshua) (Entered: 08/02/2024) |
| 08/05/2024 | 69 | Unopposed MOTION to Stay *Fee Petition* by Daniel Binderup, Firearms Policy Coalition, Inc., Daniel Miller, Second Amendment Foundation, Julio Suarez. (Attachments: # 1 Proposed Order)(Prince, Joshua) (Entered: 08/05/2024) |
| 08/05/2024 | 70 | ORDER granting 69 Motion to Stay – the parties shall confer and propose a briefing schedule on any fee petition within 30 days after a final decision on appeal is rendered. Signed by Honorable Christopher C. Conner on 8/5/2024 (mw) (Entered: 08/05/2024) |
| 08/07/2024 | 72 | AMENDED COMPLAINT , *per the Court's Order of July 24, 2024* against All Defendants, filed by Julio Suarez, Daniel Binderup, Daniel Miller, Second Amendment Foundation, Firearms Policy |

| | | |
|---|---|---|
| | | Coalition, Inc.. (Attachments: # 1 Exhibit(s) A – H, # 2 Declaration of Plaintiff Suarez, # 3 Declaration of Plaintiff Miller, # 4 Declaration of Plaintiff Binderup, # 5 Declaration of Plaintiff Second Amendment Foundation, # 6 Declaration of Firearms Policy Coalition)(Prince, Joshua) (Entered: 08/07/2024) |
| 08/08/2024 | 73 | ORDER – it is hereby ORDERED that plaintiffs' challenge to Section 6108 of Pennsylvania's Uniform Firearms Act of 1995 is SEVERED and shall be TRANSFERRED to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1631. The Clerk of Court shall thereafter CLOSE this case. Signed by Honorable Christopher C. Conner on 8/8/2024. (mw) (Entered: 08/08/2024) |