IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Suarez, et al.                                    :        Civil Action
                                                  :
              v.                                  :
                                                  :
Evanchick                                         :
                                                  :        No.: 5:24-CV-04087

ORDER

AND NOW, this _____ day of _____ 20 24 , it is hereby

ORDERED that the application of Erich T. Greiner _____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐        GRANTED.[1]

☐        DENIED.


_____
                                                                , J.


_____
[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/
nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 5:24-CV-04087

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT**
**PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, Erich T. Greiner the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number_____, for the $75.00 admission fee.

A. *I state that I am currently admitted to practice in the following state jurisdictions:*

| Pennsylvania | 09/26/2022 | 331601 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. *I state that I am currently admitted to practice in the following federal jurisdictions:*

| Middle District of Pennsylvania | 03/10/2023 | 331601 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*

Erich T. Greiner
Digitally signed by Erich T. Greiner
DN: cn=Erich T. Greiner, o=Office of Attorney General, ou=Litigation Section, email=egreiner@attorneygeneral.gov, c=US
Date: 2024.08.08 10:28:52 -04'00'

(Applicant's Signature)

08/08/2024

(Date)

Name of Applicant's Firm   Pennsylvania Office of Attorney General

Address   Strawberry Square, 15th Floor

Telephone Number   717-783-6301

Email Address   egreiner@attorneygeneral.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/08/2024

(Date)

Erich T. Greiner
Digitally signed by Erich T. Greiner
DN: cn=Erich T. Greiner, o=Office of Attorney General, ou=Litigation Section, email=egreiner@attorneygeneral.gov, c=US
Date: 2024.08.08 10:29:21 -04'00'

(Applicant's Signature)

II.  SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

        The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Erich T. Greiner _____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

Kevin Bradford

_____

(Sponsor's Name)

Kevin Bradford

Digitally signed by Kevin Bradford
DN: cn=Kevin Bradford, o, ou,
email=kbradford@attorneygeneral
.gov, c=US
Date: 2024.08.08 14:37:04 -04'00'

_____

(Sponsor's Signature)

06/11/2023

_____

(Admission date)

88576

_____

(Attorney
Identification No.)

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Pennsylvania Office of Attorney General
_____

1600 Arch St., Ste. 300
_____

Philadelphia, PA 19103
_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/08/2024
_____
            (Date)

Kevin Bradford

Digitally signed by Kevin Bradford
DN: cn=Kevin Bradford, o, ou,
email=kbradford@attorneygeneral.gov, c=US
Date: 2024.08.08 14:37:27 -04'00'

_____
            (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Suarez, et al.                          :        Civil Action
                                        :
          v.                            :
                                        :
Evanchick                               :        No.: 5:24-CV-04087

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of Erich T. Greiner _____,

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed

Order which, if granted, would permit such practice in this court was served as follows:

VIA ECF:

Joshua G. Prince
Prince Law Offices PC
646 Lenape Road
Bectelsville, PA 19505

Erich T. Greiner   Digitally signed by Erich T. Greiner
                   DN: cn=Erich T. Greiner, o=Office of Attorney General,
                   ou=Litigation Section,
                   email=egreiner@attorneygeneral.gov, c=US
                   Date: 2024.08.08 10:30:09 -04'00'
_____
(Signature of Attorney)

Erich T. Greiner
_____
(Name of Attorney)

Kevin Bradford
_____
(Name of Moving Party)

08/08/2024
_____
(Date)