IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Suarez, et al. | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| Evanchick | : | No.: 5:24-CV-04087 |
| | : | |

ORDER

AND NOW, this 12th day of August 20 24, it is hereby

ORDERED that the application of Erich T. Greiner _____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑  GRANTED.[1]

☐  DENIED.

/s/ Jeffrey L. Schmehl
_____, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.