Joshua Prince, Esq.
Attorney Id. No. 306521
Civil Rights Defense Firm, P.C.
646 Lenape Road
Bechtelsville, PA 19505
Joshua@CivilRightsDefenseFirm.com
(888) 202-9297 ext 81114
(610) 400-8439 (f)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULIO SUAREZ,** *et al.* | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | Amended Complaint – Civil Rights |
| | : | |
| | : | |
| **COL. CHRISTOPHER PARIS** | : | Docket No. 5:24-cv-04087-JLS |
| | : | |
| Defendant | : | |

## RE-ENTRY OF APPEARANCE

TO THE CLERK OF COURTS:

Although I previously entered my appearance on behalf of the Plaintiffs in the Middle District of Pennsylvania by filing the original Complaint and received ECF notifications throughout the years of litigation, since the transfer of this matter to this Court, although I am listed as counsel for Plaintiffs, I have not received any ECF notifications in this matter. Thus, kindly re-enter my appearance on behalf of Plaintiffs Julio Suarez, Daniel Binderup, Daniel Miller, Firearms Policy Coalition, Inc., and Second Amendment Foundation, in the above-captioned matter.

Respectfully Submitted,

_/s/ Joshua Prince_
Joshua Prince, Esq.
CIVIL RIGHTS DEFENSE FIRM, P.C.
646 Lenape Road
Bechtelsville, PA 19505
Joshua@Civilrightsdefensefirm.com
(888) 202-9297 ext 81114
(610) 400-8439 (f)
