# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JULIO SUAREZ, DANIEL BINDERUP, DANIEL MILLER, FIREARMS POLICY COALITION, INC.** *and* **SECOND AMENDMENT FOUNDATION,**<br>Plaintiffs<br><br>v.<br><br>**CHRISTOPHER PARIS**<br><br>Defendant | **CIVIL ACTION**<br><br>No. 5:24-CV-04087 |

## ORDER

AND NOW, this __22nd__ day of __August_____, 2024, upon consideration of the Motion of Defendant Commissioner Christopher Paris for an Extension of Time to Respond to Plaintiffs' Amended Complaint (ECF Doc. 72), it is hereby **ORDERED** that the Motion is **GRANTED**.

Defendant Paris shall answer or otherwise respond to Plaintiffs' Amended Complaint by no later than **September 11, 2024**.

                                                 **BY THE COURT:**

                                                 /s/ Jeffrey L. Schmehl_____
                                                  JEFFREY L. SCHMEHL, J.