# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIO SUAREZ, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>MAJOR ROBERT EVANCHICK,<br><br>　　　　　　　　　　Defendant. | No. 5:24-cv-4087<br><br>Judge Schmehl<br><br>Electronically Filed Document |

## ENTRY OF APPEARANCE

Please enter my appearance on behalf of Defendant Major Robert Evanchick in the above captioned case.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　DAVID W. SUNDAY, JR.
　　　　　　　　　　　　　　　　　　Attorney General

　　　　　　　　　　　　　　　By:　*/s/ Jacob Frasch*
　　　　　　　　　　　　　　　　　　Jacob Frasch
Office of Attorney General　　　　　Deputy Attorney General
15th Floor, Strawberry Square　　　Attorney ID PA No. 328362
Harrisburg, PA 17120
(717) 783-7560　　　　　　　　　　Nicole R. DiTomo
jfrasch@attorneygeneral.gov　　　　Chief Deputy Attorney General
　　　　　　　　　　　　　　　　　　Civil Litigation Section

Date: November 5, 2025　　　　　　Counsel for Defendant Evanchick

1

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 4.2, I certify that a true and correct copy of the foregoing was served on the following individuals via the indicated means on November 5, 2025:

VIA ELECTRONIC FILING

JOSHUA PRINCE
CIVIL RIGHTS DEFENSE FIRM, P.C.
646 LENAPE RD
BECHTELSVILLE, PA 19505
Joshua@CivilRightsDefenseFirm.com
Counsel for Plaintiffs

*/s/ Jacob Frasch*
Jacob Frasch
Deputy Attorney General