IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIO SUAREZ, DANIEL BINDERUP, DANIEL MILLER, FIREARMS POLICY COALITION, INC., *and* SECOND AMENDMENT FOUNDATION, | : : : : : : | |
| Plaintiffs | : : | No. 5:24-cv-4087 |
| v. | : : | Judge Schmehl |
| MAJOR ROBERT EVANCHICK, | : : | Electronically Filed Document |
| Defendant | : | |

## WITHDRAWAL OF APPEARANCE

Please withdraw my appearance on behalf of Defendant Major Robert Evanchick, in the above-captioned case.

                Respectfully submitted,

                DAVID W. SUNDAY, JR.
                Attorney General

            By:  *s/ ERICH T. GREINER*
                ERICH T. GREINER

**Office of Attorney General**    Deputy Attorney General
**15th Floor, Strawberry Square**    Attorney ID PA 331601
**Harrisburg, PA 17120**
**Phone: (717) 783-6301**    NICOLE R. DITOMO
  Chief Deputy Attorney General
egreiner@attorneygeneral.gov    Civil Litigation Section

**Date: November 24, 2025**    **Counsel for Defendant Evanchick**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULIO SUAREZ, DANIEL BINDERUP, DANIEL MILLER, FIREARMS POLICY COALITION, INC.,** *and* **SECOND AMENDMENT FOUNDATION,** | : : : : : : | |
| Plaintiffs | : : | No. 5:24-cv-4087 |
| v. | : : | Judge Schmehl |
| **MAJOR ROBERT EVANCHICK,** | : : | Electronically Filed Document |
| Defendant | : | |

## CERTIFICATE OF SERVICE

I, Erich T. Greiner, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on November 24, 2025, I caused to be served a true and correct copy of the foregoing document titled *Withdrawal of Appearance* to the following:

### VIA ELECTRONIC FILING

**JOSHUA PRINCE**
**CIVIL RIGHTS DEFENSE FIRM, P.C.**
**646 LENAPE RD**
**BECHTELSVILLE, PA 19505**
Joshua@CivilRightsDefenseFirm.com
*Counsel for Plaintiffs*

                                               *s/ ERICH T. GREINER*
                                              **ERICH T. GREINER**
                                              Deputy Attorney General